*Martin A. Schenck, Edward Cornell* and *Charles H. Tuttle* for appellant.

*Frank M. Patterson* and *M. Mac Kenzie* for respondents.

Order affirmed with costs: First question certified answered in the negative; second question in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: MCLAUGHLIN, J.

---

In the Matter of the Application of SANDY J. ADAMS, Appellant, for a Peremptory Writ of Mandamus against WILLIAM F. FLANAGAN, as County Auditor of Suffolk County, Respondent.

*Constitutional law — mandamus — constitutionality of statute transferring to Suffolk county clerk duties theretofore exercised by commissioners of election — mandamus to compel payment of salary as commissioner of elections denied.*

*Matter of Adams* v. *Flanagan,* 201 App. Div. 735, affirmed.

(Argued October 2, 1922; decided October 17, 1922.) ·

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1922, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the county auditor of Suffolk county to draw a warrant in favor of the applicant for payment of his salary as commissioner of elections. The constitutionality of sections 39 and 341 of chapter 588 of the Laws of 1922, transferring to the county clerk of Suffolk county the duties theretofore exercised by the commissioners of election of that county, was involved, the relator contending that they were violative of section 6 of article 2 of the State Constitution.

*Samuel Seabury* and *George Trosk* for appellant.

*Nathan O. Petty* for respondent.

*Charles D. Newton, Attorney-General (Edward G. Griffin* and *Robert P. Beyer* of counsel), *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Absent: MCLAUGHLIN, J.